Robert E. Sabido, OSB No. 964168
rsabido@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone:    (503) 323-9000
Facsimile:    (503) 323-9019

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| PEGGY KARNES, | Case No. 6:14-cv-00890-AA |
| Plaintiff. | |
| v. | **STIPULATED JUDGMENT OF DISMISSAL** |
| AFNI, INC.; and AT&T, INC., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties that all of plaintiff's claims against both defendants shall be dismissed with prejudice and without attorney fees or costs to any party.

DATED: December 5, 2014

KARNES LAW OFFICES, PC                    COSGRAVE VERGEER KESTER LLP


/s/ Keith D. Karnes                                   /s/ Robert E. Sabido
Keith D. Karnes, OSB No. 033521        Robert E. Sabido, OSB No. 964168
Attorneys for Plaintiff                            Attorneys for Defendants

/ / /

/ / /

/ / /

Page 1 -  **STIPULATED JUDGMENT OF DISMISSAL**

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
(503) 323-9000

2200085

Based on the parties' stipulation, it is

ADJUDGED that all of plaintiff's claims against both defendants are dismissed with prejudice and without attorney fees or costs to any party.

DATED:  December 11, 2014

_____
Ann L. Aiken
United States District Court Chief Judge

Page 2 -  **STIPULATED JUDGMENT OF DISMISSAL**

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
(503) 323-9000

2200085